UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

PASTOR MARK MILLER, and the BURIEN FREE METHODIST CHURCH, also known as the OASIS HOME CHURCH,

Plaintiffs,

v.

CITY OF BURIEN, a municipal corporation; JEFFREY D. WATSON, Planning Representative for the City of Burien; and JOSEPH STAPLETON, Building Representative for the City of Burien,

Defendants.

No. 2:24-cv-01301

**STIPULATION AND ORDER TO EXTEND DEFENDANTS' DEADLINE TO FILE RESPONSIVE PLEADING**

The Parties, by and through undersigned counsel, hereby stipulate and agree to extend Defendants' deadline to file a response to Plaintiffs' Complaint, presently set for September 10, 2024. A proposed order is attached hereto.

I.   RECITALS

1.   **WHEREAS**, on August 20, 2024, Plaintiffs filed suit against Defendants.

2.   **WHEREAS**, on August 27, 2024, Defendant City of Burien filed an Acceptance of Service of Plaintiffs' complaint.

STIPULATION AND ORDER TO EXTEND DEFENDANTS' DEADLINE TO FILE RESPONSIVE PLEADING

(2:24-cv-01301) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

3.      **WHEREAS**, on August 28, 2024, Plaintiffs' attorney of record, James E. Lobsenz, filed a *Notice of Unavailability* requesting no formal action or preceding in this matter between August 28, 2024 and September 28, 2024.

4.      **WHEREAS**, on September 4, 2024, the Parties met and conferred and have agreed to extend Defendants' response deadline to October 1, 2024.

## II.    STIPULATION

For the reasons stated above, the Parties respectfully request that the Court grant this Stipulation and extend Defendants' deadline to file a responsive pleading to October 1, 2024.

**SO STIPULATED** this 9th day of September, 2024.

KELLER ROHRBACK L.L.P.                          CARNEY BADLEY SPELLMAN, P.S.

By: *s/ Adam L. Rosenberg*                              By: *s/ Mark C. Lamb*
    Adam L. Rosenberg, WSBA #39256              James E. Lobsenz, WSBA #8787
    Holly E. Lynch, WSBA #37281                  Mark C. Lamb, WSBA #30134
    1201 Third Avenue, Suite 3400                701 Fifth Avenue, Suite 3600
    Seattle, WA 98101-3052                       Seattle, WA 98104
    Telephone: (206) 623-1900                    Phone: 206.622.8020
    Facsimile: (206) 623-3384                    Email: lobsenz@carneylaw.com
    Email: arosenberg@kellerrohrback.com                 mlamb@carneylaw.com
        hlynch@kellerrohrback.com                    groth@carneylaw.com
  *Attorneys for Defendants*                        *Attorneys for Plaintiffs*

## III. ORDER

**THIS MATTER** having come before the Court upon the stipulation of the Parties and the Court having considered the stipulated motion and finding good cause, hereby extends Defendants' deadline to file a responsive motion to October 1, 2024.

**DATED** this 9th day of September, 2024.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

**PREPARED AND PRESENTED BY:**

| KELLER ROHRBACK L.L.P. | CARNEY BADLEY SPELLMAN, P.S. |
|---|---|
| By: *s/ Adam L. Rosenberg* <br> Adam L. Rosenberg, WSBA #39256 <br> Holly E. Lynch, WSBA #37281 <br> 1201 Third Avenue, Suite 3400 <br> Seattle, WA  98101-3052 <br> Telephone: (206) 623-1900 <br> Facsimile: (206) 623-3384 <br> Email: arosenberg@kellerrohrback.com <br>             hlynch@kellerrohrback.com <br> *Attorneys for Defendants* | By: *s/ Mark C. Lamb* <br> James E. Lobsenz, WSBA #8787 <br> Mark C. Lamb, WSBA #30134 <br> 701 Fifth Avenue, Suite 3600 <br> Seattle, WA  98104 <br> Phone: 206.622.8020 <br> Email: lobsenz@carneylaw.com <br>             mlamb@carneylaw.com <br>             groth@carneylaw.com <br> *Attorneys for Plaintiffs* |

STIPULATION AND ORDER TO EXTEND DEFENDANTS' DEADLINE TO FILE RESPONSIVE PLEADING

(2:24-cv-01301) - 3

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384